| |
|---|
| **Doulos v Vader Servicing, LLC** |
| 2025 NY Slip Op 30164(U) |
| January 10, 2025 |
| Supreme Court, New York County |
| Docket Number: Index No. 653810/2023 |
| Judge: Emily Morales-Minerva |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT:     **HON. EMILY MORALES-MINERVA**          PART          **42M**

*Justice*

------------------------------------------------------------------------X

ERI DOULOS,

                        Plaintiff,

                  - v -

VADER SERVICING, LLC D/B/A, VADER MOUNTAIN
CAPITAL,

                    Defendant.

------------------------------------------------------------------------X

| | |
|---|---|
| INDEX NO. | 653810/2023 |
| MOTION DATE | 11/07/2024 |
| MOTION SEQ. NO. | 003 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 003) 26, 27, 28, 33, 34
were read on this motion to/for      ATTORNEY - DISQUALIFY/RELIEVE/SUBSTITUTE/WITHDRAW .

APPEARANCES:

    Law Office of Victor M. Feraru, Brooklyn, NY (Victor
    Michael Feraru, Esq., of counsel), for plaintiff.

    Berkovitch & Bouskila, PLLC, Pomona, NY (Ariel Bouskila,
    Esq., of counsel), for defendant VADER SERVICING, LLC d/b/a
    VADER MOUNTAIN CAPITAL.

HON. EMILY MORALES-MINERVA, J.S.C.:

In this breach of contract action, non-party movant Victor

M. Feraru, Esq. -- counsel for plaintiff ERI DOULOS (client) --

moves, by order to show cause (mot. seq. no. 003), for an order

permitting his law office to withdraw from such representation

and for an order staying this action for 60 days thereafter.

The record on this application includes proof of service on

plaintiff (see NY St Cts Elec Filing [NYSCEF] Doc. No. 32,

affidavit of service, dated November 22, 2024).

**653810/2023  DOULOS, ERI vs. VADER SERVICING, LLC D/B/A, VADER MOUNTAIN CAPITAL,**     **Page 1 of 4**
**Motion No.  003**

1 of 4

Client submits an **unsworn** "Affidavit in Opposition" to the application (NYSCEF Doc. No. 29, Client's Unsworn Affidavit in Opposition), and defendants VADER SERVICING, LLC D/B/A, VADER MOUNTAIN CAPITAL, while appearing, take no position.

This motion was returnable to Part 42M, at 2:30PM, on January 09, 2025. At the call of the calendar, all parties appeared.

Client stated his opposition on record. It essentially consists of complaints against counsel's handling of this case. Further, client appears to demand -- not that counsel be forced to remain on the case -- but that counsel return any monies client paid him and that counsel pay the fees for replacement counsel.

Following arguments on the record, the court marked the motion submitted. Now, for the reasons below, the court grants the application entirely.

An attorney of record may withdraw if he becomes disabled (see CPLR § 321 [c]). An attorney may also withdraw from representation upon a showing of good and sufficient cause, and reasonable notice (see CPLR § 321 [b][2]; see also Bok v Werner, 9 AD3d 318 [1st Dept 2004]). "Good cause exists to end the relationship with the client [] by showing an irretrievable breakdown in the relationship or a failure of cooperation by the client" (Matter of Cassini, 182 AD3d 13, 40 [2d Dept 2020]).

653810/2023 DOULOS, ERI vs. VADER SERVICING, LLC D/B/A, VADER MOUNTAIN CAPITAL, Motion No. 003

Page 2 of 4

[* 2]

The question of whether good cause exists lies within the sound discretion of the court (see Rivadeneria v New York City Health & Hosps. Corp., 306 AD2d 394 [2d Dept 2003]).

Here, counsel -- who runs a single-person law office -- has made a sufficient showing of good cause for withdrawal based upon "acute health-related issues," requiring his extended medical leave (see NYSCEF Doc. No. 27, Affirmation of Victor M. Feraru, Esq.). Further, though client opposed the application on record, client presents no authority or basis for this court to question the veracity of counsel's affirmation as to his private health crisis or to prevent counsel from withdrawing.

In any event, client forcefully expresses dissatisfaction with counsel's representation, a topic upon which they expressly and keenly disagree. The contentious nature of their communication is obvious from a firsthand perspective, warranting a finding that the attorney-client relationship between them is irretrievably broken.

Finally, counsel has provided client with reasonable notice. The application comes at a time when no motions or future appearances are otherwise scheduled before the court.

Accordingly, it is

ORDERED that movant LAW OFFICE OF VICTOR M. FERARU's motion (seq. no. 003), by order to show cause, is granted entirely; it is further

653810/2023   DOULOS, ERI vs. VADER SERVICING, LLC D/B/A, VADER MOUNTAIN CAPITAL,        Page 3 of 4
Motion No.  003

3 of 4

[* 3]

ORDERED that LAW OFFICE OF VICTOR M. FERARU is permitted to withdraw and VICTOR M. FERARU, ESQ. is relieved as of counsel for plaintiff ERI DOULOS; it is further

ORDERED that this action is stayed for a period of 60 days from the date of entry of this order to allow plaintiff ERI DOULOS sufficient time to retain new counsel, and that plaintiff ERI DOULOS shall notify this court, in writing, on or before the end of the 60-day period as to incoming counsel's name and address; and it is further

ORDERED that movant THE LAW OFFICE OF VICTOR M. FERARU shall serve a copy of this order with notice of entry upon plaintiff ERI DOULOS and all other parties within 10 days of entry.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

| 1/10/2025 | | | | Emily Morales-Minerva |
|-----------|---|---|---|-----------|
| DATE | | | | EMILY MORALES-MINERVA, J.S.C. |

| CHECK ONE: | | CASE DISPOSED | | X | NON-FINAL DISPOSITION | | |
|------------|---|---------------|--------|---|----------------------|---|---|
| | X | GRANTED | ☐ DENIED | | GRANTED IN PART | ☐ | OTHER |
| APPLICATION: | | SETTLE ORDER | | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | | FIDUCIARY APPOINTMENT | ☐ | REFERENCE |